HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MIGUEL JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00173-SAB |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA AND SENTENCING HEARING; ORDER** |
| vs. | |
| MIGUEL JIMENEZ, | Date: December 12, 2019 |
| Defendant. | Time: 10:00 a.m.<br>Judge: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Miguel Jimenez, that the trial currently scheduled for December 13, 2019, at 9:00 a.m. be vacated and that a change of plea and sentencing hearing be set before the Honorable Stanley A. Boone on December 12, 2019, at 10:00 a.m.

The parties have reached an agreement to resolve this case. As a result, the December 13, 2019 trial date is no longer necessary. Accordingly, the parties jointly request that the December 13, 2019 trial date be vacated and that the matter be set for a change of plea and sentencing hearing on December 12, 2019, at 10:00 a.m. before this Court.

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: December 3, 2019  /s/ William Taylor
WILLIAM TAYLOR
Special Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: December 3, 2019  /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MIGUEL JIMENEZ

**O R D E R**

IT IS HEREBY ORDERED that the trial currently set for Friday, December 13, 2019, at 9:00 a.m. be vacated and that a change of plea and sentencing hearing be set before the Honorable Stanley A. Boone on Thursday, December 12, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **December 3, 2019**

UNITED STATES MAGISTRATE JUDGE